UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| HEATHER CARPENTER and JULIO JOSE JIMENEZ-ARTUNDUAGA, | ) | 11 Civ. 8414 (DLC) |
| | ) | |
| Plaintiffs, | ) | |
| -v- | ) | **NOTICE OF MOTION** |
| | ) | |
| CHIEF OF DEPARTMENT JOSEPH J. ESPOSITO, CHIEF OF PATROL JAMES P. HALL, SGT. ROBERT BYRNE, SGT. CHRISTOPHER NEWSOM, SGT. RODRIGUEZ, and SGT. PATRICK WRIGHT, | ) ) ) ) | |
| Defendants. | ) | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiffs HEATHER CARPENTER and JULIO JOSE JIMENEZ-ARTUNDUAGA, upon the Memorandum of Law filed herewith and upon all prior pleadings and proceedings, will move this Court, before the Honorable Denise Cote, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an order granting Plaintiffs' Motion in Limine.

Dated:   New York, New York
         February 20, 2014

1

2

           /S/
LEAH M. BUSBY [LB-0818]
RONALD L. KUBY [RK-1879]
Law Office of Ronald L. Kuby
119 W. 23rd Street, Suite 900
New York, New York 10011
(212) 529-0223

Attorneys for Plaintiffs