# LAW OFFICE OF RONALD L. KUBY

Attorneys at Law
119 West 23rd St., Suite 900
New York, N.Y. 10011

Ronald L. Kuby
George Wachtel
———
Leah Busby

Telephone: (212) 529-0223
Fax: (212) 529-0644
www.kubylaw.com

<u>staff</u>
Susan Bailey
<u>process server</u>
Luis R. Ayala

April 18, 2014

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **RE:**    **Notice of Settlement**
                **<u>Carpenter, et al. v. City of New York, et al., 11-CV-8414-GHW</u>**

Dear Judge Woods:

     We are counsel for the plaintiffs in the above-referenced matter. This letter is to inform you that the parties have agreed to a settlement. As discussed on our joint phone call with the court this afternoon, we will file the appropriate settlement papers as soon as the final terms are worked out.

     Sincerely,
     /s/
     Leah M. Busby
     Ronald L. Kuby