USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2014

Woods, G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

---------------------------------------------------------------- X

HEATHER CARPENTER and JULIO JOSE JIMINEZ-ARTUNDUAGA,

                                                    Plaintiffs,

-against-

SGT. ROBERT BYRNE, SGT. CHRISTOPHER NEWSOME, SGT. RODRIGUEZ and SGT. PATRICK WRIGHT,

                                                    Defendants.

STIPULATION AND PROPOSED ORDER OF DISMISSAL AS TO DEFENDANTS SERGEANT BYRNE, SERGEANT NEWSOM, SERGEANT RODRIGUEZ, and SERGEANT WRIGHT

11CV8414 (GHW)

---------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the captioned action is dismissed, with prejudice, as to defendants Sergeant Robert Byrne, Sergeant Christopher Newsom, s/h/a Christopher Newsome, Sergeant Rodriguez, and Sergeant Patrick Wright.

The Law Office of Ronald Kuby
*Attorneys for Plaintiff*
119 West 23rd Street
New York, NY 10007
212-529-0223

By: _____
Leah Busby
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Newsom, Wright, Byrne and Rodriguez*
100 Church Street, Rm. 3-201
New York, New York 10007

By: _____
Andrew Lucas
*Assistant Corporation Counsel*

Dated: New York, New York
       April 24, 2014

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).

Dated: April 25, 2014
New York, New York

_____
GREGORY H. WOODS
United States District Judge