```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HEATHER CARPENTER and
JULIO JOSE JIMENEZ-ARTUNDUAGA;

                          Plaintiffs,

-against-

CHIEF OF DEPARTMENT JOSEPH J. ESPOSITO,
CHIEF OF PATROL JAMES P. HALL, SGT. ROBERT
BYRNE, Shield #247, SGT. CHRISTOPHER NEWSOM,
Shield # 201, SGT. RODRIGUEZ, and SGT. PATRICK
WRIGHT, Shield #1332,

                          Defendants.

------------------------------------------------------------------x

**MEMORANDUM ENDORSED**

**STIPULATION AND PROPOSED ORDER OF DISMISSAL AS TO DEFENDANTS CHIEF OF DEPARTMENT JOSEPH ESPOSITO, CHIEF OF PATROL JAMES HALL**

11 Civ. 8414 (GHW)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the captioned action is dismissed, with prejudice, as to defendants retired Chief of Department Joseph Esposito, and Chief of Patrol James Hall.

Dated: New York, New York
April 18, 2014

**THE LAW OFFICE OF RON KUBY**
Attorney for Plaintiff
119 West 23rd Street
New York, NY 10019
(212) 529-0223

By: _____
    Leah Busby

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-201
New York, New York 10007
(212) 356-2373

By: _____
    Andrew Lucas
    Assistant Corporation Counsel

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: April 25, 2014 _____
New York, New York    GREGORY H. WOODS
                                     United States District Judge